Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com

Steve W. Berman (*pro hac vice forthcoming*)
Theodore Wojcik (*pro hac vice forthcoming*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

*Counsel for Plaintiff and the Proposed Class*

Eamon P. Kelly (*pro hac vice forthcoming*)
Joseph Vanek (*pro hac vice pending*)
Alberto Rodriguez (*pro hac vice forthcoming*)
**SPERLING KENNY NACHWALTER**
321 North Clark Street, 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
Email: ekelly@sperlingkenny.com
Email: jvanek@sperlingkenny.com
Email: arodriguez@sperlingkenny.com

Phillip F. Cramer (*pro hac vice pending*)
**SPERLING KENNY NACHWALTER**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (615) 252-5800
Facsimile: (615) 252-5853
Email: pcramer@sperlingkenny.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:25-cv-03858-EKL<br><br>PLAINTIFF'S NOTICE OF FILING OF RESPONSE TO SUA SPONTE JUDICIAL REFERRAL<br><br>Hon. Eumi K. Lee |

PLEASE TAKE NOTICE that on May 6, 2025, Magistrate Judge Nathanael M. Cousins *sua sponte* referred this action to the Honorable Yvonne Gonzalez Rogers to consider whether it is related to *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR (N.D. Cal.) ("Epic Games"). Plaintiff Pure Sweat Basketball filed a response supporting case relation on May 7, 2025. A copy of that response is attached hereto as **Exhibit 1**.

DATED: May 7, 2025                                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By   */s/ Ben M. Harrington*
      BEN M. HARRINGTON (SBN 313877)

715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: benh@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
Theodore Wojcik (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

Eamon P. Kelly (*pro hac vice* forthcoming)
Joseph Vanek (*pro hac vice* pending)
Alberto Rodriguez (*pro hac vice* forthcoming)
**SPERLING KENNY NACHWALTER**
321 North Clark Street, 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile:  (312) 641-6492
Email: ekelly@sperlingkenny.com
Email: jvanek@sperlingkenny.com
Email: arodriguez@sperlingkenny.com

Phillip F. Cramer (*pro hac vice* pending)
**SPERLING KENNY NACHWALTER**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (615) 252-5800
Facsimile:  (615) 252-5853
Email: pcramer@sperlingkenny.com

*Counsel for Plaintiffs and the Proposed Class*