UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** September 23, 2025 | **Time:** 58 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-3858-YGR | **Case Name:** Pure Sweat Basketball, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Ben Harrington and Ted Wojcik
**Attorney for Defendant:** Julian Kleinbrodt and Daniel Swanson

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** April Brott

**PROCEEDINGS**

Motion to Dismiss – held.

The Court heard argument on the defendant's motion to dismiss and is taken in submission. Parties will meet and confer and update the Court accordingly.

Written order to issue.