# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PURE SWEAT BASKETBALL, INC.,**<br><br>　　Plaintiff,<br><br>　vs.<br><br>**APPLE, INC.,**<br><br>　　Defendant. | Case No.: 4:25-CV-03858-YGR<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

The Court heard argument on Apple's motion to dismiss on September 23, 2025. At argument, Apple's counsel raised sections 5.2 (Covenant Not to Sue) and 11.3 of the Settlement Agreement, which were not raised in the parties' briefing. (Dkt. No. 32-5, Exhibit A.)

The Court **ORDERS** the parties to submit supplemental briefing limited to those clauses of the settlement agreement and any relevance to the pending motion. The parties shall file simultaneous opening and responsive briefs, not to exceed three, double-spaced pages. Opening briefs shall be filed by no later than 12:00 noon on **October 1, 2025**, and responsive briefs shall be filed by no later than 12:00 noon on **October 8, 2025**.

**IT IS SO ORDERED.**

Date:　September 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**